Hyman L. Goldman v. Anna Goldman, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Reuben Samuels, Inc., v. Thomas Cusack Company.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Reuben Samuels, Inc., v. Thomas Cusack Company.— Motion granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Ruth M. Mangan, as Administratrix, etc., of Beatrice Mangan, Deceased, v. Feodor Von Raitz.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nellie Lyon and Another v. Bethlehem Engineering Corporation and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frederic B. Pratt and Others v. Mary Babbott Ladd and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frederic B. Pratt and Others v. Mary Babbott Ladd and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

City Bank Farmers Trust Company, Formerly Known as The Farmers' Loan and Trust Company, as Executor, etc., of Francis T. King, Deceased, v. The New York Central Railroad Company.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Klotz v. Walter Saenger, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frederic B. Pratt and Others v. Mary Babbott Ladd and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frederic B. Pratt and Others v. Mary Babbott Ladd and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Samuel L. Goldstein v. Jacob Shapiro.— Motion granted, and upon reargument order appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within ten days from service of order upon payment of said costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Rose C. Mitchell v. William Manning Barr.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Morris Feinberg against Ethel Feinberg.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nathaniel R. Gholstin v. John Reber & Brothers French Pastry Corporation.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sandro Benelli v. Frank W. Healy.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. George M. Ruddy.— Motion